IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:13CR3122 |
| V. | ) | |
| ERICK D. TUKES, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to amend his sentencing statement (filing 147) is granted. The defendant's additional objection will be taken up at sentencing.

DATED this 23rd day of April, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge